IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANALYSIS GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-10312 |
| ) | |
| v. ) | |
| ) | |
| TWITTER, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEFENDANT'S ASSENTED TO MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Twitter, Inc. ("Twitter") respectfully requests that the Court grant an extension until April 7, 2023 for Twitter to respond to the Plaintiff Analysis Group, Inc.'s ("Analysis Group") Complaint, filed February 9, 2023. The Court previously granted Twitter's assented to motion for an extension from March 6, 2023, to March 31, 2023. In support of this Motion, Twitter states:

Good cause exists for the brief additional extension of time for Twitter's counsel to investigate the Complaint and finalize a response to it, and for the Parties to engage in settlement discussions. Counsel for Twitter has conferred with counsel for Analysis Group, and Analysis Group assents to the extended date of April 7, 2023 for Twitter to respond to the Complaint.

Twitter does not, by virtue of filing this Motion or appearing in Court for the limited purpose of filing this Motion, otherwise waive any defenses and expressly reserves all defenses that may be available to it in this action, including but not limited to the defenses of lack of personal jurisdiction and improper and inconvenient venue.

Dated: March 30, 2023                 Respectfully Submitted,

                                       */s/ Lauren M. Papenhausen*
                                       Lauren M. Papenhausen (BBO# 655527)
                                       Abigail W. Mahoney (BBO# 709427)
                                       WHITE & CASE LLP
                                       75 State Street
                                       Boston, Massachusetts 02109
                                       Telephone: (617) 979-9300
                                       lauren.papenhausen@whitecase.com
                                       abigail.mahoney@whitecase.com

                                       J. Jonathan Hawk (*pro hac vice* forthcoming)
                                       jhawk@whitecase.com
                                       WHITE & CASE LLP
                                       555 South Flower Street, Suite 2700
                                       Los Angeles, California 90071
                                       Telephone: (213) 620-7700
                                       jhawk@whitecase.com

                                       *Counsel for Twitter, Inc.*

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I, Lauren M. Papenhausen, hereby certify pursuant to Local Rule 7.1(A)(2) that counsel for Defendant conferred in good faith with counsel for Plaintiff in order to resolve or narrow the issues presented in the above.  Plaintiff's counsel have indicated they assent to the relief requested.

*/s/ Lauren M. Papenhausen*

## **CERTIFICATE OF SERVICE**

   I, Lauren M. Papenhausen, hereby certify that on March 30, 2023, I caused a true and accurate copy of the above document to be served on counsel of record by CM/ECF.

                  */s/ Lauren M. Papenhausen*