## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANALYSIS GROUP, INC., | ) |
| | ) |
| Plaintiff, | )   Case No. 1:23-cv-10312-NMG |
| | ) |
| v. | ) |
| | ) |
| TWITTER, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), X Corp., as successor in interest to named Defendant Twitter, Inc. ("Twitter") and Plaintiff Analysis Group, Inc. ("Analysis Group") (collectively, the "Parties") respectfully request that the Court grant an extension until April 21, 2023 for Twitter to respond to Plaintiff's Complaint, filed February 9, 2023, to enable the Parties to finalize resolution of this matter. The Court previously granted Twitter's second assented to motion for an extension from March 31, 2023, to April 7, 2023. In support of this Motion, the Parties state:

Good cause exists for the brief additional extension of time, as the Parties have agreed to resolve this matter, subject to the Parties' agreement being reduced to a signed writing. The Parties believe they can finalize that written agreement by April 21, 2023.

Twitter does not, by virtue of filing this Motion or appearing in Court for the limited purpose of filing this Motion, otherwise waive any defenses and expressly reserves all defenses

that may be available to it in this action, including but not limited to the defenses of lack of personal jurisdiction and improper and inconvenient venue.

Dated: April 6, 2023                              Respectfully Submitted,

*/s/ David B. Mack*                               */s/ Lauren M. Papenhausen*
David B. Mack (BBO# 631108)                       Lauren M. Papenhausen (BBO# 655527)
dmack@ocmlaw.net                                  Abigail W. Mahoney (BBO# 709427)
Amanda F. Hobson (BBO# 707298)                    WHITE & CASE LLP
ahobson@ocmlaw.net                                75 State Street
O'Connor Carnathan and Mack LLC                   Boston, Massachusetts 02109
67 South Bedford Street, Suite 400W               Telephone: (617) 979-9300
Burlington, MA 01803                              lauren.papenhausen@whitecase.com
Telephone: (781) 359-9000                         abigail.mahoney@whitecase.com

*Counsel for Analysis Group, Inc.*                J. Jonathan Hawk (*pro hac vice* forthcoming)
                                                  jhawk@whitecase.com
                                                  WHITE & CASE LLP
                                                  555 South Flower Street, Suite 2700
                                                  Los Angeles, California 90071
                                                  Telephone: (213) 620-7700
                                                  jhawk@whitecase.com

                                                  *Counsel for X Corp., as successor in interest to named Defendant Twitter, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Lauren M. Papenhausen, hereby certify that on April 6, 2023, I caused a true and accurate copy of the above document to be served on counsel of record by CM/ECF.


                                         */s/ Lauren M. Papenhausen*